# United States Court of Appeals
## For the First Circuit

No. 10-1169

MARIA LUCIA TAYAG,

Plaintiff, Appellant,

v.

LAHEY CLINIC HOSPITAL, INC.,

Defendant, Appellee.

ERRATA

The opinion of this Court, issued on January 27, 2011, should be amended as follows.

On page 2, line 6 of 1st paragraph, replace "one" with "two".

On page 4, line 2 of 2nd full paragraph, replace "one being" with "including".